1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

STANFORD HEALTH CARE,

Case No. 20-cv-01606-SVK

8

Plaintiff,

9

v.

**ORDER TO SHOW CAUSE RE SETTLEMENT**

10

BLUECROSS BLUESHIELD OF SOUTH CAROLINA FOUNDATION,

Re: Dkt. No. 10

11

12

Defendant.

13

Plaintiff reports that this case has settled. ECF 10. All previously-scheduled deadlines and appearances are vacated.

14

By **April 27, 2020**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by

15

the specified date, then the parties shall appear on **May 5, 2020 at 10:00 a.m.** and show cause, if any,

16

why the case should not be dismissed. Additionally, the parties shall file a statement in response to

17

this Order no later than **April 28, 2020**, describing with specificity (1) the parties' efforts to finalize

18

settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor,

19

and the minimum amount of time required to finalize the settlement and file the dismissal.

20

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

21

vacated and the parties need not file a statement in response to this Order.

22

**SO ORDERED.**

23

Dated: March 27, 2020

24
25
26

SUSAN VAN KEULEN
United States Magistrate Judge

27
28